# Court of Appeals
# of the State of Georgia

ATLANTA, October 29, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0156. KEITH CHARLES JR. v. THE GEORGIA DEPARTMENT OF HUMAN SERVICES, EX. REL., AZARIA REYNA CHARLES et al.

In this action for child support, on September 10, 2025, the trial court entered an order delineating the financial obligations of Keith Charles, Jr. Charles filed the discretionary application in this case on October 17, 2025. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Charles filed his application 37 days after entry of the order he seeks to appeal. Accordingly, this application is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/29/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.